IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Erick D. Williams, | ) | C.A. No. 6:12-26-TLW-KFM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden John Owens, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Kevin F. McDonald, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge McDonald recommends that the Petition for Habeas Corpus in this case be dismissed without prejudice. It is further recommended that Petitioner's Motion for a Temporary Restraining Order (Doc. # 12) be denied. The Report was filed on April 11, 2012. Plaintiff has filed no objections to the Report.

     This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 25) and this Petition for Habeas Corpus is **DISMISSED** without prejudice. Additionally, Petitioner's Motion for a Temporary Restraining Order (Doc. # 12) is **DENIED**.

**IT IS SO ORDERED.**

                              s/ Terry L. Wooten
                                    **TERRY L. WOOTEN**
                                    **UNITED STATES DISTRICT JUDGE**

May 31, 2012
Florence, South Carolina